IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:04CV1086-T |
| | ) | [WO] |
| GOVERNOR BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pending before the court is the plaintiff's Response in opposition to the defendants' Answer, filed on 23 February 2005 (Doc. # 44).  This case cannot proceed on the merits until the court determines the claims that should permitted.  However, the court's focus upon the merits of the claims in this case has been substantially compromised by the court's responses to the plaintiff's several pleadings filed since that time.  As a result, the scarce judicial resources of this court have been unnecessarily diverted and taxed to the disadvantage of the plaintiff and other litigants.

Federal courts agree that Congress  - and thus the public -  have a legitimate interest in conserving judicial resources, ***Christiansen v. Clarke***, 147 F.3d 655, 658 (8th Cir. 1998).  See also ***Vanderberg v. Donaldson***, 259 F.3d 1321, 1324 (11th Cir. 2001).  Although the discussions in those rulings focused upon a specific statute, 28 U.S.C. §1915, which permits federal courts to dismiss meritless prisoner lawsuits,[1] the principle that courts must take

---

[1] The effect of the statute is limited to lawsuits filed *in forma pauperis*, as this lawsuit was.

reasonable steps to preserve judicial resources applies beyond legal processes designed to conclude litigation.  Indeed, throughout the pendency of civil litigation, the court is charged with reducing the burden on the civil justice system and on litigants themselves.

The plaintiff is not prohibited from filing other lawsuits or claims; however, at this time, he is prohibited from filing any additional pleadings on the issues which he discussed in his response to the defendants' answer until the court has issued a ruling on those pleadings.

DONE this 29th day of April, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE